JS-6

UNITED STATES DISTRICT COURT

CENTRAL COURT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOPEZ, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>CHARLIES PRODUCE, a Washington corporation; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. **2:22-cv-06344**<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL (FED. R. CIV. PRO. 41(a)(1)) [19]**<br><br>Assigned to Hon. Sherilyn Peace Garnett<br>Courtroom: 5C<br><br>Action Filed: August 10, 2022<br><br>[Stipulation of Dismissal Filed Concurrently] |

## ORDER

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 19),

IT IS HEREBY ORDERED that the above-captioned shall be and hereby is dismissed in its entirety and with prejudice. Each side is to bear their own costs and attorneys' fees associated with this matter.

DATED: February 14, 2023.

                   _____
                   HON. SHERILYN PEACE GARNETT
                   UNITED STATES DISTRICT JUDGE